In the Matter of MICHAEL BURRESS, Appellant, v RICHARD DENNISON, as Acting Chairman of the New York State Division of Parole, Respondent.

Submitted April 11, 2005; decided June 7, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

COUNTRY WIDE INSURANCE COMPANY, Appellant, et al., Plaintiffs, v NATIONAL RAILROAD PASSENGER CORPORATION, Also Known as AMTRAK, Respondent.

Submitted February 14, 2005; decided June 7, 2005

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.

In the Matter of MICHAEL H. FEINBERG, a Judge of the Surrogate's Court, Kings County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted May 16, 2005; decided June 7, 2005

Motion by the Surrogate's Association of the State of New York for leave to file a brief amicus curiae on the request for review herein granted and the proposed brief is accepted as filed.